**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Christopher John Dambra, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 21-12854 (PMM) |

# ORDER DENYING EXPEDITED HEARING

**AND NOW,** upon consideration of the Debtor's Motion to reconsider the Dismissal (doc. #47, the "Motion to Reconsider") and the requested for expedited relief (doc. #48, the "Motion to Expedite");

AND the Motion to Expedite asserting that immediate relief is necessary;

BUT the Motion to Expedite failing to state any necessity for such expedited consideration;

It is therefore hereby **ordered** that:

1)    The Motion to Expedite is **denied**; and

2)    Counsel for the movant shall file and notice the Motion to Reconsider for **October 9, 2024 at 1:00 p.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.**

Date: 9/23/24

*Patricia M. Mayer*
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**